USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BYRON BREEZE, JR.,

                 Plaintiff,

-against-

H&K HOTEL CORP. d/b/a HOTEL 46 TIMES SQUARE,

                 Defendant.

------------------------------------------------------------------X

1:20-cv-6954-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiff commenced this action on August 27, 2020, alleging violations of the Americans with Disabilities Act, the New York State Human Rights Law, and the New York City Human Rights Law. Dkt. No. 1. Defendant was served on September 16, 2020. Dkt. No. 7. The deadline for Defendant to answer the complaint was October 7, 2020. *Id.*

Plaintiff is directed to submit a letter to the Court regarding the status of the case no later than November 20, 2020. Plaintiff is further directed to serve this order on Defendant and file proof of service on the docket.

       SO ORDERED.

Dated: November 16, 2020
New York, New York

                                           GREGORY H. WOODS
                                           United States District Judge