USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BYRON BREEZE, JR.,                                            :
                                                              :
                    Plaintiff,   :
      -against-                                            :    1:20-cv-6954-GHW
                                                              :
H&K HOTEL CORP. d/b/a HOTEL 46 TIMES                          :    ORDER
SQUARE,                                                       :
                                                              :
                    Defendant.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    The Court has reviewed Plaintiff's November 20, 2020 status letter, Dkt. No. 10. The Court expects Plaintiff to file any application for default judgment by no later than December 21, 2020.

    Plaintiff is directed to serve this order on Defendant and retain proof of service. Plaintiff is further directed to serve the complaint, Dkt. No. 1, and the Court's prior orders at Dkt. Nos. 5, 6, and 8 on Defendant via Federal Express at the address of Defendant's hotel and retain proof of service.

    SO ORDERED.

Dated: November 21, 2020
                                                                  _____
                                                                  GREGORY H. WOODS
                                                               United States District Judge