

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/3/2020___

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

**MEMORANDUM ENDORSED**

VIA CM/ECF Only

December 3, 2020

U.S. District Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

**Re:**     *Breeze, Jr. v. H&K Hotel Corp.*, **Case No. 1:20-cv-6954-GHW**

Dear Judge Woods:

This office represents the Plaintiff Byron Breeze, Jr. ("Plaintiff") in connection with the above-referenced action. An Initial Conference is currently scheduled in this matter for December 11, 2020 at 4:00 p.m. This is our first request for an adjournment of the conference, and our request will not prejudice any of the parties or affect any other scheduled dates since the defendant has not yet appeared in this action. Plaintiff has recently been contacted by an entity claiming to be the proper party in this action and the parties intend to discuss a potential resolution. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of its convenience or to a date in mid-January.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:     Christopher Hampton, Esq. (*via email only*)

Application granted. The initial pretrial conference scheduled for December 11, 2020 is adjourned to January 14, 2021 at 2:00 p.m. The conference will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information. The parties are specifically directed to comply with Rule 2(C) of those rules. The joint status letter and proposed case management plan referenced in the Court's August 29, 2020 order, Dkt. No. 6 are due no later than January 7, 2021.

Dated:  December 3, 2020

GREGORY H. WOODS
United States District Judge