

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2020

**MEMORANDUM ENDORSED**

VIA CM/ECF Only

December 4, 2020

U.S. District Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

**Re:**   *Breeze, Jr. v. H&K Hotel Corp.*, **Case No. 1:20-cv-6954-GHW**

Dear Judge Woods:

    This office represents the Plaintiff Byron Breeze, Jr. ("Plaintiff") in connection with the above-referenced action. We write in connection with Your Honor's Order dated, November 21, 2020, directing Plaintiff to file an application for a default judgment by December 21, 2020 (D.E. 11). Plaintiff is respectfully requesting an extension of time to file an application for a default judgment in light of Your Honor's Order dated, December 4, 2020, adjourning the Initial Conference to January 14, 2020 (D.E. 18). Plaintiff. This is our first request for an adjournment of the conference, and our request will not prejudice any of the parties or affect any other scheduled dates since the defendant has not yet appeared in this action. Accordingly, Plaintiff is respectfully requesting an extension of time to file an application for a default judgment until a date after the Initial Conference.

    We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:   Christopher Hampton, Esq. (*via email only*)

Application granted. In the event Defendant fails to appear in this action by January 14, 2021, the date of the initial pretrial conference, the Court expects Plaintiff to file any motion for default judgment by no later than January 30, 2021.
SO ORDERED.
December 4, 2020

_____
GREGORY H. WOODS
United States District Judge

500 OLD COUNTRY ROAD, SUITE 302, GARDEN CITY, NEW YORK 11530  T: (516) 279-1555  F: (516) 213-0339  WWW.BASHPAPLAW.COM