```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BYRON BREEZE, JR.,

                           Plaintiff,

      -against-                                     1:20-cv-6954-GHW

H&K HOTEL CORP. d/b/a HOTEL 46 TIMES          ORDER
SQUARE,

                           Defendant.
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the orders scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than January 7, 2021. *See* Dkt. Nos. 6, 18. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than January 13, 2021.

      The Court reminds Plaintiff that in the event Defendant fails to appear in this action by January 14, 2021, the date of the initial pretrial conference, the Court expects Plaintiff to file any application for default judgment by no later than January 30, 2021. *See* Dkt. No. 20. Any such application should comply with the Court's Individual Rules of Practice in Civil Cases.

      Plaintiff is directed to serve this order on Defendant and to retain proof of service.

      SO ORDERED.

Dated: January 11, 2021

                                                             GREGORY H. WOODS
                                                           United States District Judge